IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONNIE BROWN,              ) | |
|                            ) | |
|     Plaintiff,    ) | Case No. CV 08-1191-BLW |
|                            ) | |
| vs.                        ) | **ORDER** |
|                            ) | |
| SUEANN HUBBARD, Director of ) | |
| Corrections; J BUSBY, Correctional ) | |
| Officer; WILLIAM SULLIVAN, ) | |
| Warden; D. WILLIAMS, Correctional ) | |
| Officer; G. COOK, Correctional ) | |
| Counselor Officer Court Compliance; ) | |
| LYDIA C. HENSE, Warden,    ) | |
| S. WILLIAMSON,             ) | |
|                            ) | |
|     Defendants.   ) | |
| _____ ) | |

The Court previously ordered Plaintiff to file an amended complaint no later than October 13, 2009. (Docket No. 11.) The Clerk of Court has served and re-served the Order upon Plaintiff several times, the last time on October 13, 2009. The Order was not returned to the Court; therefore, the Court assumes Plaintiff received it and no longer wishes to pursue this case.

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 1) is DISMISSED without prejudice.

**ORDER - 1**



DATED: **December 31, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**