IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONNIE BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUEANN HUBBARD, Director of )<br>Corrections; J BUSBY, Correctional )<br>Officer; WILLIAM SULLIVAN, )<br>Warden; D. WILLIAMS, Correctional )<br>Officer; G. COOK, Correctional )<br>Counselor Officer Court Compliance; )<br>LYDIA C. HENSE, Warden, )<br>S. WILLIAMSON, )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 08-1191-BLW<br><br>**JUDGMENT** |

The Court previously entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **December 31, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**